**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

**To: Chris Daniel**                                      **January 08, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-11-00912-CR 14-11-00913-CR | Brandon Caines v. The State of Texas | 1574700, 1274701 |
|---|---|---|
|  | State's Exhibit 75, a DVD |  |

Received by: _____

Received on: _____